IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| DIRECTV, Inc., | ) |
| | ) *Supplemental* LSC |
| Plaintiff, | ) REPORT AND RECOMMENDATION |
| | ) (AS TO DEFENDANT WATSON) |
| vs. | ) |
| | ) |
| Ken Singleton, Harold Hopson, Jun Roque, | ) |
| Brent Shirts and Joyce Watson, | ) C.A. No.: 2:04-250-18 |
| | ) |
| Defendants. | ) |

This matter is before the undersigned United States Magistrate Judge in accord with 28 U.S.C. § 636 and the local rules of this court for consideration of the plaintiff's request for damages. *and supplements the Report and Recommendation filed on January 25, 2005. LSC*

On June 17, 2004, based upon an affidavit of default submitted by the plaintiff, the Clerk of Court entered default as to defendant Joyce Watson. On April 13, 2005, a hearing was held to determine the amount of damages, if any, to which the plaintiff is entitled. The defendant was given notice of the hearing, and appeared. *She indicated she did not purchase the device and called not afford to settle the claims of this plaintiff. LSC* In support of its claims for damages the plaintiff presented by way of affidavit claims of $934.20 in attorneys' fees, $45.00 in costs, and $10,000.00 in statutory damages in accord with 18 U.S.C. § 2511. Also the plaintiff submitted its claim for a permanent injunction against defendant Joyce Watson prohibiting the defendant from committing or assisting in the commission of any violation of 18 U.S.C. § 2511.

Accordingly, it is recommended that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure this court enter its order finding the defendant Joyce Watson in default, awarding the

plaintiff judgment in the amount of $10,979.20 and permanently enjoining the defendant from committing or assisting in the commission of any violation of 18 U.S.C. § 2511 and § 2520.

Respectfully submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

April 13, 2005